MICHELIN TIRE CORP., PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 75-9-02467

Before WATSON, *Judge.*